

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

MEMORANDUM ORDER ON MOTION TO RECUSE

Appellate case name:     Latrice Williams v. Dana Lee

Appellate case number:   01-10-00296-CV

Trial court case number: 2008-27802

Trial court:             309th District Court of Harris County

Date motion filed:       March 19, 2013

Party filing motion:     Appellant Latrice Williams

        It is **ordered** that the motion to recuse is denied.


Judge's signature: /s/ Sherry Radack
                    Acting for the Court

The Court consists of: Chief Justice Radack and Justices Jennings, Higley, Bland, Sharp, Massengale, Brown, and Huddle.



Date: April 25, 2013